# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146629 & (26)(27)(31)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

RICARDO CORWEN AUSTIN,
  Defendant-Appellant.

SC: 146629
COA: 310551
Monroe CC: 08-036646-FH

_____/

On order of the Court, the application for leave to appeal the November 30, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand, for appointment of counsel, and for stay are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



d0722

Clerk